■ In the Matter of ROSE MAURICE, Appellant, v BLANCHE BERNSTEIN, et al., Respondents. In the Matter of ROSE MAURICE, Petitioner, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Order, Supreme Court, Bronx County, entered on December 14, 1978, unanimously affirmed, without costs and without disbursements, and determination of respondent Commissioner of the State of New York Department of Social Services dated April 26, 1978, unanimously confirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Fein, Markewich and Lupiano, JJ.